UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>              Plaintiff,<br><br>       v.<br><br>R&R VALLEY SQUARE NO. 2 LLC,<br><br>              Defendants. | Case No. 1:20-cv-01711 NONE JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 9) |

   The plaintiff reports that he has settled the matter and will seek dismissal of the action soon. (Doc. 9 AT 2) Thus, the Court **ORDERS**:

   1.   The stipulation to dismiss the action **SHALL** be filed **no later than April 30, 2021**;

   2.   All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**


IT IS SO ORDERED.

   Dated:   **March 8, 2021**                     **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE