UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R&R VALLEY SQUARE NO. 2 LLC,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01711 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN THIS MATTER TO A DISTRICT JUDGE AND TO CLOSE THIS CASE<br>(Doc. 11) |

　　　The plaintiff has filed a notice of voluntary dismissal with prejudice according to Federal Rules of Civil Procedure Rule 41(a)(1). (Doc. 11) The plaintiff notes the parties will bear their own fees and costs. Id. Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

　　　Dated:   **April 7, 2021**　　　　　　　　_ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE